

Sacco & Fillas, LLP
Attorneys at Law

June 26, 2026

31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Tel: 718 746-3440
Direct: 718 269-2243
Direct Fax: 718 559-6517

ctucker@saccofillas.com
www.saccofillas.com

**VIA NYSCEF**
Hon. Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re:        Tavarez v. Council Towers Housing Development Fund Corporation et al
Case No.        26-cv-02535-AS

Dear Judge Subramanian:

We represent Plaintiff Danny Tavarez in the above-referenced matter. We are respectfully requesting a 30-day adjournment of the initial conference currently scheduled for July 2, 2026, and an extension to submit the pre-conference materials and case management plan, which were due on June 25, 2026. We apologize for not submitting the pre-conference materials on time.

Defendants have been served with the summons and complaint but have yet to appear. As such, Plaintiff has been unable to obtain their consent for this request.

This is the first request of its kind.

We thank the Court for the time and attention devoted to this matter.

Respectfully submitted,

By: _____/s/ Scott William Clark_____
        Scott William Clark, Esq.

Tonino Sacco*
Elias N. Fillas
———
Luigi Brandimarte*
Lamont K. Rodgers
Joseph Katz
———
Malik E. Anderson*
Scott L. Appelbaum
Joseph Badalov
James R. Baez*
Joseph Benincasa
Jack Berry
Victor I. Bota*
Nathan A. Brill*
Joanne Ciaramella
David A. Craven
Christopher DelCioppio*
Alex Diaz
Kurt A. Doiron
Jennifer A. Fleming
Ronald B. Groman
Madeline Howard
Zachary S. Kaplan
James Y. Kim*
Eric Lopez
Patricia R. Lynch
John P. Margand
Albert R. Matuza, Jr.
Diamanda Papagiannakis
Andrew Rafalaf
Leopold Raic
Philip R Reid*
Bryan Schenkman
Richard E. Schirmer
Morris J. Schlaf*
Lantao Sun
William W. Walis
Michael S. Warycha
Zachary J. Zain
Alex Zhang
Anthony J. Zullo

*Also admitted in New Jersey

GRANTED. The conference is rescheduled to August 6, 2026, at 3:30 p.m. Dial in information remains the same. The required submissions will be due the Wednesday of the prior week.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 11. SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: June 30, 2026

**Main Office**
31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

**Bayside Office**
42-40 Bell Boulevard
Suite 300
Bayside, NY 11361

**Manhattan Office**
32 Broadway
Suite 1818
New York, NY 10004

**New Jersey Office**
2160 North Central Road
Suite 306
Fort Lee, NJ 07024