UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANNY TAVAREZ,

Plaintiff,

-against-

COUNCIL TOWERS HOUSINGDEVELOPMENT FUND CORPORATION et al.,

Defendant.

26-CV-2535 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's March 31, 2026 Order, Dkt. 4, the parties were required to file a joint letter, the contents of which are described therein, the Wednesday before the initial conference. To date, the parties have not filed that letter. The parties are ORDERED to file that letter and accompanying contents by **Monday, August 3, 2026**.

SO ORDERED.

Dated: July 30, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge