UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANNY TAVAREZ,<br>Plaintiff,<br>-against-<br>COUNCIL TOWERS HOUSING DEVELOPMENT FUND CORPORATION, ISRAEL SALGADO, and EMILIO REMIGIO,<br>Defendants. | 26-CV-2535 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On August 7, 2026, the Court issued an Order directing plaintiff "to either make contact with counsel, obtain new counsel, or notify the Court that they intend to represent themselves pro se by August 27, 2026." Dkt. 23. The Court warned that failure to comply with the order may result in dismissal without prejudice for failure to prosecute. To date, plaintiff has done none of the three aforementioned actions.

Accordingly, the Court DISMISSES the case WITHOUT PREJUDICE. Additionally, the motion to withdraw as counsel, Dkt. 21, is GRANTED.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 21 and to close the case.

SO ORDERED.

Dated: August 31, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge